Mark D. SCHMITT, Respondent,

v.

INNOVATIVE LAWN SYSTEMS, INC., Respondent,

and

American Interstate Insurance Co., Respondent,

and

West Bend Mutual Insurance Co., Relator,

and

MN Dept. of Labor & Industry, Voc. Rehab. Unit, MN Dept. of Human Services, St. Paul Radiology, Regions Hospital, Intervenors,

and

Special Compensation Fund.

No. A07–1212.

Supreme Court of Minnesota.

Sept. 26, 2007.

Matthew P. Bandt, Jardine, Logan & O'Brien, PLLP, Lake Elmo, MN, for relator West Bend Mutual Insurance Co.

John H. Guthmann, Trisha A. Vicario, Hansen, Dordell, Bradt, Odlaug & Bradt, PLLP, St. Paul, MN, for respondent Innovative Lawn Systems.

Jay T. Hartman, Tracy M. Borash, Heacox, Hartman, Koshmrl, Cosgriff & Johnson, PA, St. Paul, MN, for respondent American Interstate Ins. Co.

Thaddeus V. Jude, St. Paul, MN, Rory H. Foley, Assistant Attorney General, St. Paul, MN, for Special Compensation Fund.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed May 24, 2007, be, and the same is, affirmed without opinion. *See Hoff v. Kempton*, 317 N.W.2d 361, 366 (Minn.1982) (explaining that "[s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view," doing no more than establishing the law of the case).

BY THE COURT:

/s/Helen M. Meyer
Associate Justice